# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Rink Construction, Inc., | ) |
| | ) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **OF DISMISSAL** |
| vs. | ) |
| | ) Case No. 1:19-cv-036 |
| Mid-Continent Casualty Co., | ) |
| | ) |
| Defendant. | ) |

Before the Court is a "Stipulation of Dismissal with Prejudice" between Plaintiff Rink Construction, Inc. and Defendant Mid-Continent Casualty Co. filed on October 26, 2020. See Doc. No. 21. The Court **ADOPTS** the stipulation (Doc. No. 21) in its entirety and **ORDERS** the Plaintiff's claims against Mid-Continent Casualty Co. are dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs, disbursements, or attorneys' fees to either party.

**IT IS SO ORDERED**.

Dated this 27th day of October, 2020.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court